[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 168.]

THE STATE OF OHIO, APPELLEE, *v.* SPRAFKA, APPELLANT.

[Cite as *State v. Sprafka*, 1998-Ohio-554.]

*Court of appeals' judgment affirmed on the authority of State v. Rush.*

(No. 98-1028—Submitted August 19, 1998—Decided September 23, 1998.)

APPEAL from the Court of Appeals for Lake County, No. 96-L-137.

————————————

*Charles E. Coulson*, Lake County Prosecuting Attorney, and *Julie Mitrovich King*, Assistant Prosecuting Attorney, for appellee.

*R. Paul LaPlante*, Lake County Public Defender, and *Vanessa Mac Knight*, Assistant Public Defender, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————